IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**IRMA JONES and
ROSALYN ROSS,**

**Defendants.**                                                                 No. 13-30156-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is the government's motion to sever (Doc. 59). The government contends that severance is necessary as relavant evidence against defendant Jones, a statement Jones made to law enforcement officials regarding whether her daughter, defendant Ross, had provided personal assistant services at certain times on certain days, that tends to incriminate both defendants, is admissible against defendant Jones, but absent a valid waiver of Sixth Amendment confrontation rights is not admissible against defendant Ross. The Court agrees and finds that severance is warranted. Thus, the Court **GRANTS** the motion to sever.

Further, these cases remain on the Court's trial calendar for the week of June 16, 2014. The Court intends to hold jury selection for both cases on Monday, June 16, 2014 with jury selection for defendant Jones to begin at 9:00 a.m. and

with jury selection for defendant Ross to begin at 1:00 p.m.   Thereafter, the Court will commence defendant Jones's trial first and then commence defendant Ross's trial immediately thereafter.   If need be, defendant Ross's trial may carry over into the week of June 23, 2014.

**IT IS SO ORDERED.**

Signed this 2nd day of June, 2014.

Digitally signed by David R. Herndon
Date: 2014.06.02 18:02:53 -05'00'

**Chief Judge**
**United States District Court**

2